UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                    CRIMINAL NO. 02-81051

          v.                                      HON. GEORGE CARAM STEEH

ROSE MARIE JORDAN,

                    Defendant.
_____/

## ORDER AMENDING JUDGMENT TO ALLOW INSTALLMENT PAYMENTS OF RESTITUTION

The court has received and reviewed a joint petition asking to modify the restitution order entered as part of a judgment on June 18, 2003.

Accordingly, the court hereby **GRANTS** the joint petition and orders that restitution be paid by defendant in the amount of $150.00 per month until the full balance of restitution has been paid or until further order of the court. The court's June 18, 2003 order requiring payment of restitution "in full immediately" is hereby set aside and no longer of force or effect.

          **IT IS SO ORDERED**.

Dated: February 1, 2013

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 1, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk